United States District Court

Eastern District of California

Elmer DeHerrera,

      Petitioner,               No. Civ. S 05-0245 GEB PAN P

  vs.                              Order

R. Kirkland,

      Respondent.

    March 21, 2005, the court closed this file for petitioner's failure to submit an application to proceed in forma pauperis or pay the filing fee.  April 4, 2005, petitioner filed an application to proceed in forma pauperis and a letter explaining the reason for his delay in submitting it.  Judgment is vacated.

    Petitioner has made the showing required to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(1).

    Upon review of an application for a writ of habeas corpus, a judge must either grant the writ or issue an order directing the respondent to show cause why it should not be granted unless it

appears from the application that the applicant or person detained is not entitled to relief.  28 U.S.C. § 2243.  Petitioner may be entitled to relief if he proves his allegations.

It is therefore ordered that:

1. The March 21, 2005, order closing file and judgment are vacated.

2. Petitioner's request to proceed in forma pauperis is granted.

3. Respondent shall file and serve an answer or motion responding to the application within 60 days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases.

4. If the response is an answer, petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

5. If the response is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion.  Respondent shall have 15 days to file and serve a reply to any opposition.

6. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of

habeas corpus on Jo Graves, Senior Assistant Attorney General.

So ordered.

Dated: April 14, 2005

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge