United States District Court

Eastern District of California

Elmer DeHerrera,

     Petitioner,                  No. Civ. S 05-0245 GEB PAN P

  vs.                           Order

R. Kirkland,

     Respondent.

-oOo-

    June 14, 2005, respondent requested an extension of time to respond to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: June 21, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge