IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELMER DEHERRERA,** | CIV S 05-0245 GEB PAN P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **R. KIRKLAND,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's request for an extension is granted and the response to Petitioner's Petition for Writ of Habeas Corpus is due on or before August 20, 2005.

Dated: July 19, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge