IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER DEHERRERA,

    Petitioner,                   No. CIV S-05-0245 GEB PAN P

    vs.

R. KIRKLAND,

    Respondent .           <u>ORDER</u>

_____/

        Petitioner was a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By this action, petitioner challenges a 2001 conviction that he suffered in the Sacramento County Superior Court on charges of second degree burglary and attempted first degree burglary that resulted in a sentence of thirty-five years to life in prison under California's Three Strikes law.  On March 20, 2006, a court order served on petitioner's address of record was returned by the postal service.  The court has now been informed by officials with the California Department of Corrections and Rehabilitation that petitioner has been discharged from custody pursuant to a court order.

/////

/////

/////

1

1         Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from
2 the date of this order respondent shall submit to this court a copy of the court order(s) that led to
3 petitioner's discharge from custody.
4 DATED: March 24, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

12
dehe0245.o