IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER DEHERRERA,

      Petitioner,                    No. CIV S-05-0245 GEB PAN P

    vs.

R. KIRKLAND,

      Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner was a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By this action, petitioner challenges a 2001 conviction that he suffered in the Sacramento County Superior Court on charges of second degree burglary and attempted first degree burglary that resulted in a sentence of thirty-five years to life in prison under California's Three Strikes law.

        On March 20, 2006, a court order served on petitioner's address of record was returned by the postal service. Subsequently, the court was informed by officials with the California Department of Corrections and Rehabilitation that petitioner has been discharged from custody pursuant to a court order. By order filed March 27, 2006, respondent was directed to submit to this court within fifteen days a copy of the court order(s) that led to petitioner's discharge from custody. Respondent has timely complied with that order.

1       The minute order filed by respondent shows that on December 16, 2005, the
2  Sacramento County Superior Court recalled the sentence imposed on petitioner on January 26,
3  2001 and resentenced petitioner to five years of formal probation, "OAL," and home
4  confinement.  Respondent represents that this order resulted in petitioner's release from state
5  prison.  Petitioner has not since his release advised the court of his new address as required by
6  Local Rule 83-182(f).  It appears that petitioner may have abandoned his claims and, in any
7  event, the court is unable to serve petitioner with notice of any action taken in this case.  The
8  court will therefore recommend that this action be dismissed without prejudice.  See Local Rule
9  11-110.

10      In accordance with the above, IT IS HEREBY RECOMMENDED that this action
11 be dismissed without prejudice.  See Local Rule 11-110.

12      These findings and recommendations are submitted to the United States District
13 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
14 days after being served with these findings and recommendations, any party may file written
15 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
16 Findings and Recommendations."  The parties are advised that failure to file objections within
17 the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
18 F.2d 1153 (9th Cir. 1991).
19 DATED: May 4, 2006.

UNITED STATES MAGISTRATE JUDGE

12
dehe0245.133a

2